**Kevin J. JONES, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 61925.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1993.

Application to Transfer Denied
May 25, 1993.

Dave Hemingway, Office of the Public Defender, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).